**Stuart B. Wolfe (SBN 156471)**
**Alice M. Dostalova (SBN 244513)**
**amdostalova@wolfewyman.com**
**2175 N. California Blvd., Suite 415**
**Walnut Creek, California 94596-3579**
**Telephone:  (925) 280-0004**
**Facsimile:   (925) 280-0005**

**Attorneys for Defendant**
**NATIONAL CITY BANK**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE RUIZ,<br><br>             Plaintiffs,<br><br>       v.<br><br>NATIONAL CITY BANK; JPMORGAN CHASE BANK, N.A. as successor by merger to Washington Mutual Bank; LENDER DOE 1; and LENDER DOE 2,<br><br>             Defendants. | Case No. 2:09-CV-01586-JAM-GGH<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[L.R. 6-144(a)] |

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

This Stipulation is made pursuant to Local Rule 6-144(a) and is made by and between Plaintiff ENRIQUE RUIZ (hereinafter "Plaintiff") and Defendant NATIONAL CITY BANK (hereinafter "NCB"), by and through their respective counsel of record herein, agree and stipulate as follows:

A.    On or about July 7, 2009 NCB requested of Plaintiff an extension of time to respond to the Complaint until and including July 21, 2009.

B.    On or about July 8, 2009, Plaintiff's counsel agreed to extend NCB'S time to respond to the Complaint until and including July 21, 2009.

1

**STIPULATION TO EXENT TIME TO RESPOND**

PDF created with pdfFactory trial version www.pdffactory.com

**1**        C.    This Stipulation does not alter the date of any event or any deadline already fixed by

**2**  the Court.

**3**        WHEREFORE, the parties to this action agree and stipulate as that NCB has until and

**4**  including July 21, 2009 to respond to Plaintiff's Complaint.

**5**  DATED: July __, 2009        WOLFE & WYMAN LLP

**6**

**7**        By: _____

**8**            STUART B. WOLFE
          ALICE M. DOSTÁLOVÁ
      Attorneys for Defendant

**9**        **NATIONAL CITY BANK**

**10** DATED: July __, 2009        LAW OFFICES OF KIMBERLEE A. RODE

**11**

**12**       By: _____

**13**           KIMBERLEE A. RODE, ESQ.
      Attorney for Plaintiff

**14**       **ENRIQUE RUIZ**

**15**               ***

**16** **IT IS SO ORDERED**

**17** **Dated:  07/15/2009**

**18**

**19**

**20**          /s/ John A. Mendez
      _____
      HON. JOHN A. MENDEZ
      UNITED STATES DISTRICT COURT JUDGE

2

**STIPULATION TO EXENT TIME TO RESPOND**

PDF created with pdfFactory trial version www.pdffactory.com