**Stuart B. Wolfe (SBN 156471)**
**Alice M. Dostalova (SBN 244513)**
**amdostalova@wolfewyman.com**
**2175 N. California Blvd., Suite 415**
**Walnut Creek, California 94596-3579**
**Telephone:  (925) 280-0004**
**Facsimile:   (925) 280-0005**

**Attorneys for Defendant**
**NATIONAL CITY BANK**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE RUIZ,<br><br>             Plaintiff,<br><br>     v.<br><br>NATIONAL CITY BANK; JPMORGAN CHASE BANK, N.A. as successor by merger to Washington Mutual Bank; LENDER DOE 1; and LENDER DOE 2,<br><br>             Defendants. | Case No. 2:09-CV-01586-JAM-GGH<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[L.R. 6-144(a)] |

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

This Stipulation is made pursuant to Local Rule 6-144(a) and is made by and between Plaintiff ENRIQUE RUIZ (hereinafter "Plaintiff") and Defendant NATIONAL CITY BANK (hereinafter "NCB"), by and through their respective counsel of record herein, agree and stipulate as follows:

A.     On or about July 21, 2009 NCB requested of Plaintiff an extension of time to respond to the Complaint until and including July 30, 2009 to consider a settlement proposal.

B.     On or about July 21, 2009, Plaintiff's counsel agreed to extend NCB'S time to respond to the Complaint until and including July 30, 2009.

1

STIPULATION TO EXTEND TIME TO RESPOND

PDF created with pdfFactory trial version www.pdffactory.com

C.   This Stipulation does not alter the date of any event or any deadline already fixed by the Court.

WHEREFORE, the parties to this action agree and stipulate as that NCB has until and including July 30, 2009 to respond to Plaintiff's Complaint.

DATED: July 21, 2009                    WOLFE & WYMAN LLP


By: /s/ Alice M. Dostalova
    STUART B. WOLFE
    ALICE M. DOSTÁLOVÁ
Attorneys for Defendant
**NATIONAL CITY BANK**

DATED: July 21, 2009                    LAW OFFICES OF KIMBERLEE A. RODE


By: /s/ Kimberlee A. Rode *(as authorized 7/21/2009)*
    KIMBERLEE A. RODE, ESQ.
Attorney for Plaintiff
**ENRIQUE RUIZ**

***

IT IS SO ORDERED

DATED: July 22, 2009

/s/ John A. Mendez
U.S. DISTRICT JUDGE

2
**STIPULATION TO EXTEND TIME TO RESPOND**

PDF created with pdfFactory trial version www.pdffactory.com