1
2
3
4
5
6
7
8                   IN THE UNITED STATES DISTRICT COURT
9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  ENRIQUE RUIZ,                        Case No. 2:09-CV-01586-JAM-GGH
12         Plaintiff,                    ORDER GRANTING DEFENDANT'S
                                               MOTION TO DISMISS
13
       v.
14
    NATIONAL CITY BANK; JP MORGAN
15  CHASE BANK, N.A. as successor
    by merger to Washington Mutual
16  Bank; LENDER DOE 1; and LENDER
    DOE 2,
17
18         Defendants.
    _____/
19
20
21      This matter comes before the Court on Defendant National
22  City Bank's ("Defendant's") Motion to Dismiss Plaintiff Enrique
23  Ruiz's ("Plaintiff's") Complaint, for failure to state a claim
24  pursuant to Federal Rules of Civil Procedure 12(b)(6) and
25  Defendant's Motion to Strike. Plaintiff did not file a timely
26
27
28

1

opposition to these motions.[1] After carefully considering the papers submitted in this matter, it is hereby ordered that the Motion to Dismiss pursuant to Rule 12(b)(6) and the Motion to Strike are GRANTED WITHOUT PREJUDICE.[2] Plaintiff shall file and serve his Amended Complaint within twenty(20) days of the date of this Order.

IT IS SO ORDERED.

Dated: September 30, 2009

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Local Rule 78-230(c), the deadline for Plaintiff to file his Oppositions to Defendant's Motion to Dismiss and Motion to Strike was August 26, 2009. On September 1, 2009, Defendant filed a Notice of Non-Opposition. Docket #24. On September 3, 2009, Plaintiff filed his Oppositions to Defendant's Motion to Dismiss and Motion to Strike. Docket # 27 and #28. Plaintiff's counsel did not file an application for late filing, nor give any explanation for the late filing. Since no oral argument was needed in this case the sanctions for late filing were not imposed. E.D. Cal. L.R. 78-230(c). Plaintiff's counsel is advised that monetary and/or other appropriate sanctions will be imposed should she fail again to comply with this Court's Local Rules concerning the timely filing of motion papers.

[2] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 78-230(h).