1  | Stuart B. Wolfe (SBN 156471)
Alice M. Dostálová (SBN 244513)
2  | amdostalova@wolfewyman.com
WOLFE & WYMAN LLP
3  | 2175 N. California Blvd., Suite 645
Walnut Creek, California 94596
4  | Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005
5  |
6  | Attorneys for Defendant
PNC BANK, National Association,
as successor by merger to National City Bank
7  |

8  | **UNITED STATES DISTRICT COURT**

9  | **EASTERN DISTRICT OF CALIFORNIA**

10 |

11 | ENRIQUE RUIZ,                                   Case No. 2:09-CV-01586-JAM-GGH

12 |                     Plaintiff,

13 |         v.                                      **JUDGMENT ON ORDER GRANTING
DEFENDANT PNC BANK'S MOTION TO
DISMISS WITH PREJUDICE**
14 | NATIONAL CITY BANK; JPMORGAN
CHASE BANK, N.A. as successor by merger to
15 | Washington Mutual Bank; LENDER DOE 1;
and LENDER DOE 2,
16 |
                     Defendants.
17 |

18 |

19 | **XX – Decision by the Court.**  This action came to be tried or heard before the Court on Defendant

20 | PNC Bank, National Association, as successor by merger to National City Bank's Motion to

21 | Dismiss.  A decision was rendered on March 16, 2010.

22 | **IT IS ORDERED AND ADJUDGED**

23 |        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE**

24 | **COURT'S ORDER OF MARCH 16, 2010.**

25 | DATED: March 29, 2010                    /s/ John A. Mendez_____
                                         THE HONORABLE JOHN A. MENDEZ
26 |                                          UNITED STATES DISTRICT JUDGE

27 |

28 |

**WOLFE & WYMAN LLP**
Attorneys & Counselors At Law

---

**PROPOSED JUDGMENT**

C:\Documents and Settings\HVine\Desktop\09cv1586.o.32910.doc

PDF created with pdfFactory trial version www.pdffactory.com