RICK D. NAVARRETTE (CA Bar No. 122653)
rnavarrette@alvaradosmith.com
RAVI R. BENDAPUDI (CA Bar No. 266529)
rbendapudi@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation, acting as Receiver, erroneously sued herein as "JPMorgan Chase Bank, NA as successor by merger to Washington Mutual Bank"

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Enrique Ruiz,<br><br>          Plaintiff,<br><br>v.<br><br>National City Bank, JPMorgan Chase Bank, NA as successor by merger to Washington Mutual Bank, LENDER DOE 1 and LENDER DOE 2,<br><br>          Defendants. | **CASE NO.: 2:09-CV-01586 JAM GGH**<br><br>**JUDGE:** The Honorable John A. Mendez<br><br>**ORDER RE: JUDGMENT TO MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Date:** September 19, 2011 |

[PROPOSED] ORDER RE: JUDGMENT

2101614.1

PDF created with pdfFactory trial version www.pdffactory.com

Defendant JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as Receiver, erroneously sued herein as "JPMorgan Chase Bank, N.A., as successor by merger to Washington Mutual Bank," (hereinafter, "JPMorgan," or "Defendant") hereby submits this proposed judgment concerning its Motion to Dismiss the First Amended Complaint of Plaintiff Enrique Ruiz ("Plaintiff").

On September 16, 2011 the Honorable Judge John A. Mendez, having fully considered the evidence and written submissions on record, granted JPMorgan's Motion to Dismiss, and ordered Plaintiff's First Amended Complaint **dismissed with prejudice** as to all causes of action.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Enrique Ruiz takes nothing by way of this action. Plaintiff's First Amended Complaint is hereby dismissed on the merits, with prejudice, in favor of Defendant JPMorgan Chase Bank, N.A.

IT IS SO ORDERED.

DATED: 9/20/2011          /S/ JOHN A. MENDEZ_____
                          THE HONORABLE JOHN A. MENDEZ
                          JUDGE OF THE UNITED STATES DISTRICT
                          COURT

[PROPOSED] ORDER RE: JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com